BYERS *v.* CITY OF OKLAHOMA CITY ET AL.

No. 652, Misc. Decided June 23, 1969.

*Giles K. Ratcliffe* for respondents.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Court of Criminal Appeals of Oklahoma for further consideration in light of *Williams* v. *Oklahoma City, ante,* p. 458.

WHITE *v.* UNITED STATES.

No. 1259, Misc. Decided June 23, 1969.

*Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Benton* v. *Maryland, ante,* p. 784.